November 24, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

DATRIL BOSTON, Appellant

NO. 14-14-00124-CV                    V.

BRYCE DANIEL, INC. D/B/A FAST & FREE REAL ESTATE, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed November 8, 2013 dismissing Cause No. 2008-74789 for want of prosecution. The record shows that the judgment was signed after the trial court lost plenary power over the case; thus, the judgment is void. We therefore order the appeal **DISMISSED.** We deny appellant Datril Boston's motion to vacate the final judgment rendered in Cause No. 2011-34714.

We order appellant Datril Boston to pay all costs incurred in this appeal.

We further order this decision certified below for observance.